UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA                          6:12-CR-00583-01 AA

          Plaintiff,

                                FINAL ORDER OF GARNISHMENT

     v.

SEAN WILLIAM BART,

          Defendant,

and

CHARLES SCHWAB & CO., INC.,

          Garnishee.

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on/about August 4, 2014 , stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and garnishee was indebted to defendant in the total sum of approximately $6,421.75 in an individual Charles Schwab & CO, Inc. Roth Contributory IRA, and, $169.79 in a joint tenant Schwab One Brokerage Account .

On July 24, 2014, defendant was notified of his right to a hearing. On August 13, 2014, defendant requested a hearing to determine exempt property. Plaintiff filed a response to that request on August 14, 2014.

On September 8, 2014, the parties agreed that any taxes, penalties and fees, if any, shall be deducted first from defendant's individual IRA, account number ending in 9090 and the balance credited to restitution.  On September 9, 2014, defendant withdrew his request for hearing.

The United States also will not pursue the joint tenant account ending in 1936 as it is jointly owned with defendant's spouse.

IT IS THEREFORE ORDERED that garnishee, Charles Schwab & Co. Inc., pay the balance held in the Roth Contributory IRA, account ending in 9090, in the approximate amount of $6,421.75, less applicable taxes, penalties and fees, if any, to plaintiff.

Payments shall be made payable to **Clerk of Court** and mailed to **Clerk of Court, 1000 SW Third Avenue, Suite 740, Portland, OR 97204.**

**IT IS FURTHER ORDERED** that as a result of the Writ issued herein, garnishee, Charles Schwab & Co., Inc. shall release any hold it may have on the Schwab One Brokerage Account, account number ending in 1936,

IT IS SO ORDERED this ⹋⹋ day of September, 2014.

_____
ANN L. AIKEN
United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney


/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney

**PAGE 2 - FINAL ORDER OF GARNISHMENT**